UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

BANK OF AMERICA
655 Paper Mill Road.
Newark, DE 19711

PLAINTIFF

V.  CASE No. 8:22-cv-01722-PX

Francoise Vandenplas
2332 London Bridge Dr
Silver Spring Md 20906

DEFENDANT

## MOTION FOR STAY OF PROCEEDINGS

**Comes now** the Defendant Francoise Vandenplas, pro se and hereby submits this motion for stay of proceedings. This Court has broad discretion to control its docket, including granting a stay of proceedings. See Rumble v. Fairview Health Servs., No. 14-cv-2037 (SRN/FLN), 2017 WL 401940, at *2 (D. Minn. Jan. 30, 2017); Lunde v. Helms, 898 F.2d 1343, 1345 (8th Cir. 1990); Local Rule 6.1 (providing for continuances on a showing of good cause). For the good and sufficient reasons discussed below, this Court should exercise that discretion here and stay proceedings in this action pending further action of the Court. Such a stay would make sense for the judiciary, the parties and the affected public.

## CASES PENDING IN FEDERAL COURT

Defendant Francoise Vandenplas would like to draw the attention of the court to Federal case No. 8:22-cv-02099-TJS and Mua v. Board of Education of Prince George's County Civil Action No.: PJM 11-1198. These two-action involving Josphat Mua are pending before this court arose from the same transactions involving Bank of America. In the past, <u>Maryland State courts officials and others</u> engaged in interferences including tampering with transcripts and concealing of the documents to aid the state and others. These illegal activies caused damages to the Defendant Francoise Vandenplas and Josphat Mua. (Defendant is married to Josphat Mua who is engaged in these two actions). The current action is tied to the two cases mentioned above

pending before this court. By sending the case back to the State court, more problems will occur which is not in the best interest of justice.

Defendant Francoise who share resources with Josphat Mua had to give a reasonable notice to the State and other parties tied to these proceedings before filing a new suit before this court.

Staying proceedings in this action would promote "economy of time and effort for [the Court], for counsel, and for litigants," Rumble, 2017 WL 401940, at * 2 (quoting Cottrell v. Duke, 737 F.3d 1238, 1248 (8th Cir. 2013)),

A number of factors bear on a court's decision as to whether a stay is justified. Rumble, 2017 WL 401940, at *2 (citation omitted). "Relevant factors to consider include the conservation of judicial resources and the parties' resources, maintaining control of the court's docket, providing for the just determination of cases, and hardship or inequity to the party opposing the stay." Id. (quotation marks and citation omitted). Here, those factors weigh in favor of a stay.

Accordingly, Defendant request that the Court stay proceedings pending further order of the Court and that the parties jointly file a status report every 60 days to keep the Court informed so that further substantive proceedings may be conducted in this action should a decision become warranted.

Respectfully Submitted,

*/s/ Francoise Vandenplas*

Francoise Vandenplas, Pro Se Litigant,
2323 London Bridge Dr,
Silver Spring Md 20906
301-312-1954.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this, Friday, October 14, 2022 a copy of the foregoing Defendant' served a true and accurate copy of the forgoing DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS upon the PLANTIFF through the U.S Postal service mail at the following and an electronic copy will be served once the clerk of the court dockets the document;

Neal J. Markowitz Esq
4915 St Elmo Ave. Suite 204
Bethesda MD 20814

*[signature]*

**Francoise Vandenplas Pro Se Litigant**