FILED: February 22, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-290
(8:22-cv-01722-PX)

In re: FRANCOISE VANDENPLAS,

   Petitioner.

O R D E R

Francoise Vandenplas seeks leave to file an appeal under this court's prefiling injunction. Because Vandenplas has not shown that she has paid the sanctions previously imposed on her by this court, or that any circuit or district court judge has certified that the appeal she seeks to file is not frivolous, we deny Vandenplas' motion.

Entered at the direction of the panel acting by quorum pursuant to 28 U.S.C. § 46(d): Judge Diaz and Senior Judge Motz.

For the Court

/s/ Patricia S. Connor, Clerk